IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHRISTINA TARGONSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 3:11-cv-269 |
| | ) | |
| CITY OF OAK RIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Come the parties, by and through counsel, and stipulate the dismissal of Plaintiff's action against the Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(ii), without prejudice. The parties further stipulate that this action is not subject to the provisions of the Federal Rule of Civil Procedure 23(e), Federal Rule of Civil Procedure 66, or any statute of the United States prohibiting voluntary dismissal of this action without prejudice. The parties stipulate that there has been no settlement, judgment, admission of liability or any award of damages in this matter. Each party is responsible for their own attorney's fees, costs, discretionary and otherwise, and any other costs or fees incurred in this matter.

RESPECTFULLY submitted this 8th day of February, 2013.

**CHRISTINA TARGONSKI**

By:    s/Michael S. Shipwash
         MICHAEL S. SHIPWASH, BPR No. 019173
         8079 Kingston Pike, Suite O
         Knoxville, Tennessee 37919
         (865) 691-4454

**CITY OF OAK RIDGE**

By: <u>s/Benjamin K. Lauderback</u>
BENJAMIN K. LAUDERBACK, BPR No. 20855
EMILY A. CLEVELAND, BPR No. 028157
WATSON, ROACH, BATSON,
ROWELL & LAUDERBACK, P.L.C.
1500 Riverview Tower
900 South Gay Street
P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700

2